UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARAINE HARMON, individually and as the personal representative of the ESTATE OF SANDY HARMON, deceased, and CHRISTINA WHEELER, an individual, and CHRISTINA WHEELER as guardian ad litem for VIOLETTE HARMON and AUSTIN HARDY, minors, and TONY HARDY, an individual,

Plaintiffs,

v.

OSTERKAMP TRUCKING, INC., a California Corporation, and JOHN DOE and JANE DOE, a marital community, and ABC COMPANIES 1-3, unknown business entities,

Defendants.

Case No. 06-5187 RJB

**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR JOINDER OF PARTIES**

This matter comes before the Court on Plaintiffs' motion to extend the deadline for joinder of parties by 60 days, from August 11, 2006 to October 10, 2006. Dkt. 15. Defendants have filed a brief stating that they do not oppose Plaintiff's motion, and Plaintiff's extension appears to be in the best interests of justice. Therefore, it is hereby **ORDERED** that Plaintiff's motion to extend the deadline for joinder of parties is **GRANTED**.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 9th day of August, 2006.

Robert J. Bryan
United States District Judge

ORDER
Page - 1